UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-80745-Civ-HURLEY
                                       (07-60119-Cr-HURLEY)
                              MAGISTRATE JUDGE P. A. WHITE

HAROLD DORVIL,                :

     Movant,                  :

v.                            :

UNITED STATES OF AMERICA,     :

     Respondent.              :
_____

**ORDER ADOPTING
REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE, ENTERING FINAL JUDGMENT DENYING
MOTION TO VACATE, AND CLOSING CASE**

     **THIS CAUSE** is before the court upon a motion to vacate, filed
pursuant to 28 U.S.C. §2255, and the Report and Recommendations of
the Honorable Patrick A. White, United States Magistrate Judge.

     Pursuant to Fed.R.Civ.P. 72(b), "[T]he district judge ...
shall make a *de novo* determination upon the record, or after
additional evidence, of any portion of the magistrate judge's
disposition to which specific written objection has been made in
accordance with this rule." The rule requires that objections be
filed within ten days of service of the Report and Recommendations,
and that the objecting party arrange for transcription of
sufficient portions of the record. Fed.R.Civ.P. 72(b). The district
judge may then "accept, reject, or modify the recommended decision,
receive further evidence, or recommit the matter to the magistrate
judge with instructions." Id. Portions of the Report and
Recommendations that are not specifically objected to are subject

to the clear error standard. The identical requirements are set forth in 28 U.S.C. §636(b)(1).

After considering the Report of the Magistrate Judge, as well as, any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1.   The Report and Recommendations of the United States Magistrate Judge (DE #9) is **ADOPTED** in its entirety and incorporated herein by reference.

2.   The motion to vacate is **DENIED.**

3.   All pending motions not otherwise ruled upon are **DENIED,** as moot.

4.   This case is **CLOSED.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida on this 11th  day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

cc:   Harold Dorvil, Pro Se
      Reg. No. 72785-004
      USP Marion
      USP Penitentiary
      P. O. Box 1000
      Marion, IL  62959

      Marc S. Anton, AUSA
      U.S. Attorney's Office
      500 E. Broward Blvd., 7th Floor
      Ft. Lauderdale, FL 33394